In the Matter of ALEXANDER D. WALKER, Appellant, against COMMODITY EXCHANGE, INC., Respondent.

Argued November 15, 1937; decided November 30, 1937.

*A. Donald MacKinnon* for appellant.

*Donald Marks, Julius B. Baer* and *Arthur Karger* for respondent.

*J. Alvin Van Bergh* and *Eugene Eisenmann* for H. Hentz & Co. et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.